UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.A., <br>            Plaintiff, <br>     v. <br> ANDREW M. SAUL, <br>            Defendant. | Case No. 19-cv-03893-EMC <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES** <br><br> Docket No. 34 |

The Court has reviewed the Sackett firm's motion for attorney's fees pursuant to 42 U.S.C. § 406(b). The firm seeks $20,121.25 in attorney's fees. Having considered the parties' briefs and the accompanying submissions, the Court hereby **GRANTS** the motion in full. However, in so ruling, the Court notes that it is not necessarily endorsing all of the arguments made in the fee motion (*e.g.*, regarding an appropriate multiplier and/or the appropriate median attorney rate). The Court also notes that, in future cases, it expects the Sackett firm to address why the de facto hourly rate it seeks is appropriate given the *specific facts* of the case at issue.

The $5,950 EAJA award shall be refunded promptly to R.A.

The Sackett firm shall immediately serve a copy of this order on its client, R.A., and shall immediately file a declaration certifying that it has served R.A. in compliance with this order.

**IT IS SO ORDERED**.

Dated: October 18, 2021

_____
EDWARD M. CHEN
United States District Judge